UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LARRY DEAN ROLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-103-B-W |
| | ) | |
| MARTIN A. MAGNUSSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on May 21, 2007 her Recommended Decision. The Defendants filed their objections to the Recommended Decision on June 8, 2007, and the Plaintiff filed his response to those objections on June 18, 2007. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.    It is further **ORDERED** that the Defendants' Motion for Summary Judgment be and hereby is **DENIED** (Docket # 33).

    3.    It is further **ORDERED** that the Plaintiff's Cross-Motion for Summary Judgment be and hereby is **GRANTED** (Docket # 41).

    4.      It is further <u>ORDERED</u> that Defendant Robert Costigan is <u>DISMISSED</u> from this suit, pursuant to 28 U.S.C. § 1915(e)(2)(B)(2).[1]

SO ORDERED.

                              <u>/s/ John A. Woodcock, Jr.</u>
                              JOHN A. WOODCOCK, JR.
                              UNITED STATES DISTRICT JUDGE

Dated this 9th day of August, 2007

---

[1] The Magistrate Judge's order further states: "As for the remaining defendants in this action, I recommend that the court give them until July 1, 2007, to file early dispositive motions on the substantive issues in this case, failing which a scheduling order will issue." *Recommended Decision* at 9 (Docket # 63).  Now that July 1, 2007 has passed, the Court imposes a deadline of September 21, 2007 for the remaining defendants to file early dispositive motions on the substantive issues, failing which a scheduling order will issue in accordance with the Magistrate Judge's recommendation.